UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| **Oscar F Ceja** | ) | Bankruptcy Case No. 08 – 27611 |
| **Susan M Ceja** | ) | |
| | ) | |
| Debtor(s) | ) | Judge Pamela S. Hollis |

Debtors, Oscar F. Ceja and Susan M. Ceja,

Movants,

vs.

Chase Bank USA, N.A.

Respondent.

### AGREED ORDER FOR TURNOVER OF FUNDS

This matter coming on Debtors motion for sanctions and turnover of funds, all parties receiving notice and the court being fully advised,

IT IS ORDERED THAT:

1. Chase Bank USA NA will refund Debtor, Oscar Ceja $1,411.16 c/o Thomas W. Toolis Jahnke & Toolis, LLC 9031 West 151st Street, Suite 203, Orland Park, Illinois 60462, within 21 days of entry of this order;

2. Chase Bank USA NA will pay $1,000.00 in attorney's fees to Thomas W. Toolis at the address above within 21 days of entry of this order; and

3. Claim number eight (8) is hereby withdrawn.

Judge Pamela S. Hollis

Date: 26 JAN 2009

Thomas W. Toolis
Jahnke & Toolis, LLC
9031 West 151st Street, Ste. 203
Orland Park, Il 60462
708-349-9333
6270743